UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| LOUIS DEROSA | : | CIVIL ACTION |
| | : | NO: 3:03CV91(AVC) |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| SBC a.k.a. SNET | : | |
| | : | |
| Defendant. | : | October 23, 2003 |

## MOTION FOR ENLARGEMENT OF TIME FOR PLAINTIFF TO RESPOND TO DEFENDANT'S MOTION TO DISMISS

Pursuant to Fed. R. Civ. P. 6 (b), the Plaintiff, Louis DeRosa, by and through his undersigned attorney, Eugene N. Axelrod of The Employment Law Group, LLC, hereby respectfully requests, that this Court allow Plaintiff a forty-five (45) day enlargement of time, up to and including December 22, 2003, within which to file a Memorandum in Opposition to Defendant's Motion to Dismiss, dated September 15, 2003.  In support of this request the Plaintiff represents as follows:

1. The Plaintiff commenced this action on December 13, 2002 for unlawful termination, alleging breach of contract, wrongful discharge as well as other common law claims.

2. This action was removed by Defendant pursuant to the Labor Management Relations Act (LMRA) of 1947, codified at 29 U.S.C. § 185, on January 13, 2003.

3. Defendant filed a Motion to Dismiss on September 15, 2003.

4. Plaintiff's firm recently lost an attorney and therefore has an extensive backlog of cases.

PDF created with pdfFactory trial version www.pdffactory.com

5. The undersigned attorney of record has been deeply involved in the organization, preparation, research and management of many aspects of this case, as well as numerous other matters in the law firm.

6. This is a small law firm with only two attorneys.

7. This is a busy law firm with a number of matters in the administrative, state and federal forums.

8. In the exercise of proper and reasonable due diligence the Plaintiff requests an additional thirty days to answer or otherwise respond to the Defendants' Motion to Dismiss.

9. The Plaintiff does not believe that this request will unduly hinder the administration of this case.

10. Counsel for the Plaintiff has inquired of opposing counsel, Lori B. Alexander, Esq., who is in agreement with this request.

11. This is the Plaintiffs second request for an enlargement for this purpose.

WHEREFORE, the Plaintiff respectfully requests that the Court grant this Motion for Enlargement of Time.

The Plaintiff,
Louis DeRosa

By: _____
Eugene N. Axelrod (CT00309)
The Employment Law Group, LLC
8 Lunar Drive
Woodbridge, CT 06525
Tel: (203) 389-6526
Fax: (203) 389-2656

PDF created with pdfFactory trial version www.pdffactory.com

## **CERTIFICATION**

This is to certify that a copy of the foregoing was sent this date via first class mail, postage prepaid to the following counsel of record:

Lori B. Alexander, Esq.
TYLER COOPER & ALCORN, LLP
P.O. Box 1936
New Haven, CT  06509-1910


_____                    _____
Date                                                                        Melissa Toddy
                                                                                   Commissioner of the Superior Court

PDF created with pdfFactory trial version www.pdffactory.com