UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| LOUIS DEROSA | : CIVIL ACTION |
| | : NO: 3:03CV91(AVC) |
| Plaintiff, | : |
| v. | : |
| SBC a.k.a. SNET | : |
| Defendant. | : October 23, 2003 |

### JOINT MOTION FOR ENLARGEMENT OF TIME TO COMPLETE DISCOVERY

Plaintiff and Defendant, by and through their respective counsel, for Plaintiff, Eugene N. Axelrod, Esq. of The Employment Law Group, LLC and for Defendant, Lori Alexander, Esq. of Tyler Cooper & Alcorn, LLP, respectfully move, pursuant to Rule 6(b) of the Federal Rules of Civil Procedure and Rule 9(b) of the Local Rules of Civil Procedure, for an enlargement of time from October 30, 2003 through and including sixty (60) days, up to and including December 29, 2003, to complete discovery and reschedule the time by which the Defendant may file a dispositive motion. Parties hereby respectfully request that the time frame for Defendant to file a motion for summary judgment be extended thirty (30) days beyond the conclusion of discovery, and that all other deadlines be rescheduled accordingly. In support of this motion, counsel represent as follows:

    1. The Rule 26(f) Report of Parties' Planning Meeting was filed with the Court on or about February 24, 2003.

    2. Counsel for Plaintiff, Attorney Axelrod, spoke with Counsel for Defendant, Attorney Alexander, concerning this matter on Thursday, October 23, 2003 and the parties are in agreement and jointly request this extension.

    3. The parties have been unable to complete all required discovery by the initial deadline.

    4. Defendant's Motion to Dismiss, filed August 15, 2003, is currently pending.

    5. This is the first request in this matter.

WHEREFORE, parties jointly request that this Court grant this motion for an extension of time up to and including December 29, 2003, within which to complete discovery.

| | |
|---|---|
| THE PLAINTIFF,<br>LOUIS DEROSA | THE DEFENDANT,<br>SBC a.k.a. SNET |
| By: _____<br>Eugene N. Axelrod (CT00309) 10/23/03<br>THE EMPLOYMENT LAW GROUP, LLC<br>8 Lunar Drive<br>Woodbridge, CT 06525<br>(203) 389-6526<br>(203) 389-2656 | By: _____<br>Lori B. Alexander (CT08970)<br>TYLER COOPER & ALCORN LLP<br>205 Church Street<br>New Haven, CT 06509-1910<br>(203) 784-8270<br>(203) 789-2133 |

2

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing has been sent via first class mail, postage prepaid to all counsel and pro se parties of record as follows:

Eugene Axelrod, Esquire
The Employment Law Group, LLC
8 Lunar Drive
Woodbridge, Connecticut 06525

on this 30th day of October, 2003

_Lori B. Alexander_
Lori B. Alexander
Federal Bar No.: CT08970