UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| LOUIS DEROSA | : | CIVIL ACTION |
| | : | NO: 3:03CV91(AVC) |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| SBC a.k.a. SNET | : | |
| | : | |
| Defendant. | : | October 23, 2003 |

**JOINT MOTION FOR ENLARGEMENT OF TIME TO COMPLETE DISCOVERY**

Plaintiff and Defendant, by and through their respective counsel, for Plaintiff, Eugene N. Axelrod, Esq. of The Employment Law Group, LLC and for Defendant, Lori Alexander, Esq. of Tyler Cooper & Alcorn, LLP, respectfully move, pursuant to Rule 6(b) of the Federal Rules of Civil Procedure and Rule 9(b) of the Local Rules of Civil Procedure, for an enlargement of time from October 30, 2003 through and including sixty (60) days, up to and including December 29, 2003, to complete discovery and reschedule the time by which the Defendant may file a dispositive motion. Parties hereby respectfully request that the time frame for Defendant to file a motion for summary judgment be extended thirty (30) days beyond the conclusion of discovery, and that all other deadlines be rescheduled accordingly. In support of this motion, counsel represent as follows:

1. The Rule 26(f) Report of Parties' Planning Meeting was filed with the Court on or about February 24, 2003.

2. Counsel for Plaintiff, Attorney Axelrod, spoke with Counsel for Defendant, Attorney Alexander, concerning this matter on Thursday, October 23, 2003 and the parties are in agreement and jointly request this extension.

*GRANTED Alfred V. Covello, U.S.D.J.*
*November 3, 2003.*
*SO ORDERED.*