UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

**FILED**

2003 DEC 29  P 1: 40

U.S. DISTRICT COURT
HARTFORD, CT.

| | |
|---|---|
| LOUIS DEROSA | CIVIL ACTION |
| Plaintiff, | NO: 3:03CV91(AVC) |
| v. | |
| SBC a.k.a. SNET | |
| Defendant. | DECEMBER 27, 2003 |

### DEFENDANT'S MOTION FOR EXTENSION OF TIME

The defendant, SBC a.k.a. SNET, hereby requests an extension of time of thirty days, through and including January 28, 2004, in order to complete discovery in this case. In support of this motion, the defendant states that this additional period of time is necessary in order to complete depositions in the case.

The undersigned has contacted Eugene Axelrod, attorney for the plaintiff, who has indicated that he has no objection to the motion being granted. This is the first request for an extension of time that defendant has made with respect to this deadline, although the parties did jointly move for an extension of time of the discovery deadline previously.

THE DEFENDANT,
SBC a.k.a. SNET

*Lori B. Alexander*
Lori B. Alexander - (CT08970)
TYLER COOPER & ALCORN, LLP
205 Church Street
New Haven, Connecticut 06509-1910
Phone: (203) 784-8270
Fax:   (203) 789-2133
E-mail: alexander@tylercooper.com

*ORAL ARGUMENT IS NOT REQUESTED*