UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

LOUIS DEROSA                           :        CIVIL ACTION
                                       :        NO: 3:03CV91(AVC)
                Plaintiff,             :
                                       :
        v.                             :
                                       :
SBC a.k.a. SNET                        :
                                       :
                Defendant.             :        January 13, 2004

### PLAINTIFF'S MOTION FOR ENLARGEMENT OF TIME, NUNC PRO TUNC

Plaintiff, Louis DeRosa, hereby requests an enlargement of time of sixty (60) days, up to

and including February 27, 2004, in order to complete discovery in this case. In support of this

motion, the Plaintiff states that this additional period of time is necessary in order to complete

depositions and written discover in the case. Counsel for the Plaintiff has notified Lori

Alexander, attorney for Defendant, of this, who has not indicated whether she is opposed or

agrees to this request. This is the first request for an enlargement of time that Plaintiff has made

with respect to this deadline, although the parties jointly moved for an extension of time of the

discovery deadline previously.

WHEREFORE, the Plaintiff respectfully requests that the Court grant this Motion for

Enlargement of Time.

                                The Plaintiff,
                                Louis DeRosa

                                By: _____
                                Eugene N. Axelrod (CT00309)
                                The Employment Law Group, LLC
                                8 Lunar Drive
                                Woodbridge, CT 06525
                                Tel: (203) 389-6526
                                Fax: (203) 389-2656


**ORAL ARGUMENT IS NOT REQUESTED**

## CERTIFICATION

This is to certify that a copy of the foregoing was sent this date via first class mail,

postage prepaid to the following counsel of record:

Lori B. Alexander, Esq.
TYLER COOPER & ALCORN, LLP
P.O. Box 1936
New Haven, CT  06509-1910


1/13/04
Date

Eugene N. Axelrod
Commissioner of the Superior Court