31

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| LOUIS DEROSA | CIVIL ACTION |
| Plaintiff, | NO: 3:03CV91(AVC) |
| v. | |
| SBC a.k.a. SNET | |
| Defendant. | January 13, 2004 |

## MOTION FOR ENLARGEMENT OF TIME TO RESPOND TO DEFENDANT'S INTERROGATORIES AND REQUESTS FOR PRODUCTION

Plaintiff, Louis DeRosa, by and through his undersigned attorney, Eugene N. Axelrod of The Employment Law Group, LLC, hereby respectfully requests, that this Court allow Plaintiff a thirty (30) day enlargement of time, up to and including February 25, 2004, within which to respond to Defendant's Interrogatories and Requests for Production, dated December 27, 2003. In support of this request the undersigned states that in exercising due diligence to obtain the information, perform the research and investigations necessary to facilitate responses to such requests by the Defendant, he will require additional time. Counsel for the Plaintiff has notified Lori Alexander, attorney for Defendant, of this, who has not indicated whether Defendant is opposed to or agrees with this request. This is the first request for an enlargement of time in this matter.

WHEREFORE, the Plaintiff respectfully requests that the Court grant this Motion for Enlargement of Time.

***ORAL ARGUMENT IS NOT REQUESTED***

*[Handwritten margin annotation:] January 16, 2004. The motion is denied without prejudice to its refiling with an articulation of whether opposing counsel in this matter consents or objects to the relief requested herein. SO ORDERED. Alfred V. Covello, U.S.D.J.*

*[Stamp:] FILED 2004 JAN 16 2:30 U.S. DISTRICT COURT HARTFORD CT*