

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| LOUIS DEROSA | : | CIVIL ACTION |
| Plaintiff, | : | NO: 3:03CV91(AVC) |
| v. | : | |
| SBC a.k.a. SNET | : | |
| Defendant. | : | January 13, 2004 |

## PLAINTIFF'S MOTION FOR ENLARGEMENT OF TIME, NUNC PRO TUNC

Plaintiff, Louis DeRosa, hereby requests an enlargement of time of sixty (60) days, up to and including February 27, 2004, in order to complete discovery in this case. In support of this motion, the Plaintiff states that this additional period of time is necessary in order to complete depositions and written discover in the case. Counsel for the Plaintiff has notified Lori Alexander, attorney for Defendant, of this, who has not indicated whether she is opposed or agrees to this request. This is the first request for an enlargement of time that Plaintiff has made with respect to this deadline, although the parties jointly moved for an extension of time of the discovery deadline previously.

WHEREFORE, the Plaintiff respectfully requests that the Court grant this Motion for Enlargement of Time.

January 16, 2004. GRANTED.
SO ORDERED
Alfred V. Covello, U.S.D.J.

FILED 2004 JAN 14 P 3:36 U.S. DISTRICT COURT HARTFORD, CT

The Plaintiff,
Louis DeRosa

By: _____
Eugene N. Axelrod (CT00309)
The Employment Law Group, LLC
8 Lunar Drive
Woodbridge, CT 06525
Tel: (203) 389-6526
Fax: (203) 389-2656

*ORAL ARGUMENT IS NOT REQUESTED*