UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| LOUIS DEROSA | CIVIL ACTION |
| | NO: 3:03CV91(AVC) |
| Plaintiff, | |
| v. | |
| SBC a.k.a. SNET | |
| Defendant. | JANUARY 21, 2004 |

## MOTION FOR EXTENSION OF TIME

Pursuant to Local Rule 9(b) of the Local Rules for the District of Connecticut, the defendant, SBC a.k.a. SNET ("SBC"), hereby requests an extension of time of thirty (30) days through and including February 9, 2004, in order to file an objection to plaintiff's Request for Leave to Amend Complaint in this case.

This is SBC's first motion for extension time with respect to plaintiff's Request for Leave to Amend Complaint. Pursuant to Local Rule 9(b), the defendant has inquired of opposing counsel, Melissa Toddy, and she has indicated that she has no objection to the motion being granted.

*ORAL ARGUMENT IS NOT REQUESTED*

Dated at New Haven, Connecticut this 21st day of January 2004.

        THE DEFENDANT,
        SOUTHERN NEW ENGLAND TELEPHONE
        COMPANY

        */s/ Lori B. Alexander*
        Lori B. Alexander
        (CT08970)
        TYLER COOPER & ALCORN, LLP
        205 Church Street
        New Haven, Connecticut 06509-1910
        Phone: (203) 784-8270
        Fax:   (203) 789-2133
        E-mail: alexander@tylercooper.com

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing has been sent via first class mail, postage prepaid to all counsel and pro se parties of record as follows:

Eugene Axelrod, Esquire
The Employment Law Group, LLC
8 Lunar Drive
Woodbridge, Connecticut 06525

on this 21st day of January, 2004.

*Lori B. Alexander*
Lori B. Alexander
Federal Bar No.: CT08970