03CV91-mtnext

35

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED
2004 JAN 21 P 2: 48
U.S. DISTRICT COURT
HARTFORD, CT.

```
* * * * * * * * * * * * * * * * * * * * * *
                                          *
LOUIS DEROSA                              *   CIVIL ACTION
                                          *   NO: 3:03CV91(AVC)
        Plaintiff,                        *
                                          *
    v.                                    *
                                          *
SBC a.k.a. SNET                           *
                                          *
        Defendant.                        *   JANUARY 21, 2004
                                          *
* * * * * * * * * * * * * * * * * * * * * *
```

## MOTION FOR EXTENSION OF TIME

Pursuant to Local Rule 9(b) of the Local Rules for the District of Connecticut, the defendant, SBC a.k.a. SNET ("SBC"), hereby requests an extension of time of thirty (30) days through and including February 9, 2004, in order to file an objection to plaintiff's Request for Leave to Amend Complaint in this case.

This is SBC's first motion for extension time with respect to plaintiff's Request for Leave to Amend Complaint. Pursuant to Local Rule 9(b), the defendant has inquired of opposing counsel, Melissa Tondy, and she has indicated that she has no objection to the motion being granted.

*ORAL ARGUMENT IS NOT REQUESTED*

January 23, 2004.
SO ORDERED.

GRANTED.
Alfred V. Covello, U.S.D.J.