UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED
2004 JAN 29 P 12: 32
DISTRICT COURT
HARTFORD, CT.

| | |
|---|---|
| LOUIS DEROSA | CIVIL ACTION |
| Plaintiff, | NO: 3:03CV91(AVC) |
| v. | |
| SBC a.k.a. SNET | |
| Defendant. | January 27, 2004 |

### MOTION FOR ENLARGEMENT OF TIME TO RESPOND TO DEFENDANT'S INTERROGATORIES AND REQUESTS FOR PRODUCTION, NUNC PRO TUNC

Plaintiff, Louis DeRosa, by and through his undersigned attorney, Eugene N. Axelrod of The Employment Law Group, LLC, hereby respectfully requests, that this Court allow Plaintiff a thirty (30) day enlargement of time, up to and including February 25, 2004, within which to respond to Defendant's Interrogatories and Requests for Production, dated December 27, 2003. In support of this request the undersigned states the following:

1. Plaintiff filed a timely Motion for Enlargement of Time in this matter, on or about January 13, 2004.

2. That motion was denied by the Court (without prejudice) on January 16, 2004, for the reason that the Plaintiff failed to indicate whether the Defendant agreed with or opposed the enlargement.

3. Plaintiff received notice, via regular U.S. mail, that the Court had denied the motion on January 26, 2004.

4. On Monday, January 12, 2004, Attorney Melissa Toddy, an associate working with the undersigned, called Lori Alexander, attorney for Defendant, and left a voice mail message on Monday, January 12, 2004, requesting that she return the phone call and

*ORAL ARGUMENT IS NOT REQUESTED*

indicate whether she agreed to or was opposed to the request; on January 13, 2004, Attorney Toddy sent a facsimile to Lori Alexander, requesting the same (see enclosed); Attorney Alexander has not responded to Plaintiff's requests as to whether Defendant agrees with or is opposed to Plaintiff's request.

5. On January 27, 2004, Attorney Toddy again called and left a voice mail message for Attorney Alexander, attorney for Defendant, requesting that she respond as to whether she agrees with or is opposed to Plaintiff's request; Attorney Alexander has not returned the phone call, and has therefore not indicated as to whether Defendant consents or objects to the enlargement.

6. In exercising due diligence to obtain the information, perform the research and investigations necessary to facilitate responses to such requests by the Defendant, the Plaintiff will require additional time.

7. This is the first request for an enlargement of time in this matter.

WHEREFORE, the Plaintiff respectfully requests that the Court grant this Motion for Enlargement of Time.

The Plaintiff,
Louis DeRosa

By: _____
Eugene N. Axelrod (CT00309)
The Employment Law Group, LLC
8 Lunar Drive
Woodbridge, CT 06525
Tel: (203) 389-6526
Fax: (203) 389-2656

## **CERTIFICATION**

This is to certify that a copy of the foregoing was sent this date via first class mail, postage prepaid to the following counsel of record:

Lori B. Alexander, Esq.
TYLER COOPER & ALCORN, LLP
P.O. Box 1936
New Haven, CT  06509-1910


_1/27/03_
Date

Eugene N. Axelrod
Commissioner of the Superior Court

3

The Employment Law Group, LLC
8 Lunar Drive
Woodbridge, CT 06525
(203) 389-6526
(203) 389-2656

# facsimile transmittal

| | | | |
|---|---|---|---|
| **To:** | Lori B. Alexander, Esq. | **Fax:** | (203) 789-2133 |
| **From:** | Melissa Toddy | **Date:** | 01/27/04 |
| **Re:** | DeRosa v. SBC aka SNET | **Pages:** | 1 |
| **CC:** | | | |

☐ Urgent    ☐ For Review    ☐ Please Comment    ☐ Please Reply    ☐ Please Recycle

Dear Attorney Alexander,

I left you a voice mail message yesterday, stating that our client, Louis DeRosa, is unavailable for deposition on Friday, January 23, 2004. He would, however, be available on the following Monday, January 26, 2004 or Wednesday, January 28, 2004. Should these dates not work for you, we would be amenable to your further extension of time to complete discovery.

Additionally, we intend to file a request for a thirty (30) day enlargement of time to respond to your Interrogatories and Production, as well as a request for enlargement nunc pro tunc of sixty (60) days in which to complete discovery. Please let me know if you agree to these extensions.

Thank you,
Melissa Toddy

THE DOCUMENT ACCOMPANYING THIS TELECOPY TRANSMISSION CONTAINS INFORMATION FROM **THE EMPLOYMENT LAW GROUP, LLC**, WHICH IS CONFIDENTIAL, AND/OR LEGALLY PRIVILEGED. THE INFORMATION IS INTENDED ONLY FOR THE INDIVIDUAL OR ENTITY NAMED ON THIS TRANSMISSION SHEET. IF YOU ARE NOT THE INTENDED RECIPIENT, YOU ARE HEREBY NOTIFIED THAT ANY DISCLOSURE, COPYING, DISTRIBUTION OR THE TAKING OF ANY ACTION IN RELIANCE ON THE CONTENTS OF THIS TELECOPIED INFORMATION IS STRICTLY PROHIBITED AND THAT THE DOCUMENT SHOULD BE RETURNED TO THIS FIRM IMMEDIATELY. IF YOU HAVE RECEIVED THIS TELECOPY IN ERROR, PLEASE NOTIFY US AT THE ABOVE TELEPHONE NUMBER IMMEDIATELY SO THAT WE CAN ARRANGE FOR THE RETURN OF THE DOCUMENTS AT NO COST TO YOU.