

UNITED STATES DISTRICT COURT FILED
DISTRICT OF CONNECTICUT

LOUIS DEROSA                    :    2004 JAN 29  P 12: 38
                                :    CIVIL ACTION
                                :    NO: 3:03CV91(AVC)  DISTRICT COURT
        Plaintiff,              :                       HARTFORD, CT.
                                :
    v.                          :
                                :
SBC a.k.a. SNET                 :
                                :
        Defendant.              :    January 27, 2004

## MOTION FOR ENLARGEMENT OF TIME TO RESPOND TO DEFENDANT'S INTERROGATORIES AND REQUESTS FOR PRODUCTION, NUNC PRO TUNC

Plaintiff, Louis DeRosa, by and through his undersigned attorney, Eugene N. Axelrod of

The Employment Law Group, LLC, hereby respectfully requests, that this Court allow Plaintiff a

thirty (30) day enlargement of time, up to and including February 25, 2004, within which to

respond to Defendant's Interrogatories and Requests for Production, dated December 27, 2003.

In support of this request the undersigned states the following:

1. Plaintiff filed a timely Motion for Enlargement of Time in this matter, on or about

    January 13, 2004.

2. That motion was denied by the Court (without prejudice) on January 16, 2004, for the

    reason that the Plaintiff failed to indicate whether the Defendant agreed with or

    opposed the enlargement.

3. Plaintiff received notice, via regular U.S. mail, that the Court had denied the motion

    on January 26, 2004.

4. On Monday, January 12, 2004, Attorney Melissa Toddy, an associate working with

    the undersigned, called Lori Alexander, attorney for Defendant, and left a voice mail

    message on Monday, January 12, 2004, requesting that she return the phone call and

*ORAL ARGUMENT IS NOT REQUESTED*

February 2, 2004.   GRANTED.
SO ORDERED.

Alfred V. Covello, U.S.D.J.