UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| LOUIS DEROSA | : CIVIL ACTION |
| Plaintiff, | : NO: 3:03CV91(AVC) |
| v. | : |
| SBC a.k.a. SNET | : |
| Defendant. | : February 6, 2004 |

**PLAINTIFF'S MOTION FOR LEAVE TO SERVE ADDITIONAL INTERROGATORIES ON DEFENDANT**

Plaintiff, by his undersigned counsel, respectfully moves, pursuant to Rule 26(b)(2) of the Federal Rules of Civil Procedure and Local Rule 9, requests that the court grant the Plaintiff permission for Leave to serve additional Interrogatories to the Defendant.

This request is relevant and necessary for the development and opportunity to gather circumstantial evidence to assist the Plaintiff and allow the Plaintiff to demonstrate and prove its claim. Plaintiff respectfully submits the annexed Memorandum of Law in Support of his Motion.

WHEREFORE, Plaintiff respectfully requests that the Court grant this Motion for Leave To Serve Additional Interrogatories.

The Plaintiff
Louis DeRosa

By: _____
Eugene N. Axelrod, Esq. (ct00309)
The Employment Law Group
8 Lunar Drive
Woodbridge, CT 06525
Federal Bar No. ct 00309
(203) 389-6526
(203) 389-2656

## CERTIFICATION

This is to certify that a copy of the foregoing was sent this date via first class mail, postage prepaid to the following counsel of record:

Lori B. Alexander, Esq.
TYLER COOPER & ALCORN, LLP
P.O. Box 1936
New Haven, CT 06509-1910

__2/17/04__                              _____
Date                                     Eugene N. Axelrod
                                         Commissioner of the Superior Court