43

FILED
2004 FEB 20  P 2:30
U.S. DISTRICT COURT
HARTFORD, CT.

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

| | |
|---|---|
| LOUIS DEROSA | CIVIL ACTION |
| | NO: 3:03CV91(AVC) |
| Plaintiff, | |
| v. | |
| SBC a.k.a. SNET | |
| Defendant. | FEBRUARY 20, 2004 |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### DEFENDANT'S MOTION FOR EXTENSION OF TIME

The defendant hereby seeks an extension of time of thirty-one days through and including March 31, 2004, in order for the parties to complete discovery in this matter, and an extension of time through and including April 30, 2004 to file a dispositive motion. This extension is necessary in order to finish several items of discovery which have not been completed to date because of scheduling problems of the individuals involved.

The defendant has inquired of plaintiff's counsel, Melissa Toddy, as to her position on this motion, and she has indicated she has no objection to the motion being granted. This is SBC's second request for an extension of time which has been made with respect to this deadline.

*ORAL ARGUMENT IS NOT REQUESTED*

February 23, 2004. GRANTED
SO ORDERED.
Alfred V. Covello, U.S.D.J.