UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| LOUIS DEROSA | * | CIVIL ACTION |
| | * | NO: 3:03CV91(AVC) |
| Plaintiff, | * | |
| v. | * | |
| SBC a.k.a. SNET | * | |
| Defendant. | * | MARCH 5, 2004 |

### DEFENDANT'S MOTION FOR EXTENSION OF TIME

Pursuant to Local Rule 9(b)(1) of the Local Rules of Civil Procedure for the District of Connecticut, the defendant, misidentified in the complaint as "SBC a/k/a SNET" ("SNET"), hereby respectfully requests an extension of time of thirty days through and including April 7, 2004 in order to file answers and/or objections to plaintiff's First Set of Interrogatories and Requests for Production dated February 6, 2004. In support of this motion, the defendant represents that the interrogatories and requests for production are extremely lengthy and the additional time is necessary in order to complete SNET's investigation in order to respond appropriately to the discovery request.

*ORAL ARGUMENT IS NOT REQUESTED*

The undersigned has inquired of opposing counsel, Melissa Toddy, and she has indicated that she has no objection to this extension. This is the first request for an extension of time that has been made with respect to this deadline.

<div style="margin-left: 40%;">

THE DEFENDANT,
SBC a.k.a. SNET

*[signature]*

Lori B. Alexander - (CT08970)
TYLER COOPER & ALCORN, LLP
205 Church Street
New Haven, Connecticut 06509-1910
Phone: (203) 784-8270
Fax:   (203) 789-2133
E-mail: alexander@tylercooper.com


- Its Attorneys -

</div>

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing has been sent via first class mail, postage prepaid to all counsel and pro se parties of record as follows:

Eugene Axelrod, Esquire
The Employment Law Group, LLC
8 Lunar Drive
Woodbridge, Connecticut 06525

on this 5th day of March, 2004

*Lori B Alexander*
Lori B. Alexander
Federal Bar No.: CT08970