UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

Louis Derosa

V.                              Case Number: 3:03cv91(AVC)

SBC

**Motion for Extension**

Doc. # **44**

**ORDERED ACCORDINGLY**


Dated at Hartford, Connecticut, March 8, 2004.

KEVIN F. ROWE, CLERK

By: _/s/ mag_____
    Martha Gothers
    Deputy Clerk