UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

| | | |
|---|---|---|
| LOUIS DEROSA | \* | CIVIL ACTION |
| | \* | NO: 3:03CV91(AVC) |
| Plaintiff, | \* | |
| | \* | |
| v. | \* | |
| | \* | |
| SBC a.k.a. SNET | \* | |
| | \* | |
| Defendant. | \* | MARCH 8, 2004 |
| | \* | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## OBJECTION TO PLAINTIFF'S MOTION FOR
## LEAVE TO SERVE ADDITIONAL INTERROGATORIES

Pursuant to Local Rules 7(a) and 37(a) of the Local Rules for the District of Connecticut, the defendant, SBC a.k.a. SNET ("SBC"), hereby objects to the plaintiff's Motion for Leave to Serve Additional Interrogatories[1] on the grounds that the plaintiff has failed to comply with Local Rule 37(a)(2). Local Rule 37(a)(2) provides that "[n]o motion pursuant to Rules 26 through 37, Fed. R. Civ. P., shall be filed unless counsel making the motion has conferred with opposing counsel . . . in a good faith effort to . . . arrive at a mutually satisfactory resolution." L. R. Civ. P. 37(a)(2). The Rule further requires the moving party to attach to the motion papers an affidavit certifying that the parties attempted to resolve the discovery dispute in good faith but were unable to do so. Id. Here, the plaintiff's Motion for Leave to Serve Additional Interrogatories, which was brought pursuant to Fed. R. Civ. P.. 26(b)(2), should be summarily denied because the

---

[1] The plaintiff's Motion is dated February 2, 2004, but was not filed until February 19, 2004. Thus, this Objection is timely. See L. R. Civ. P. 7(a).

*ORAL ARGUMENT IS NOT REQUESTED*

parties have not yet engaged in a good faith effort to resolve this discovery dispute and the plaintiff has not attached the required affidavit to his motion.

THE DEFENDANT,
SOUTHERN NEW ENGLAND TELEPHONE
COMPANY

*/s/*

Lori B. Alexander (CT08970)
Christopher A. Kelland (CT22259)
TYLER COOPER & ALCORN, LLP
205 Church Street
New Haven, Connecticut 06509-1910
Phone: (203) 784-8270
Fax:    (203) 789-2133
E-mail: alexander@tylercooper.com

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing has been sent via first class mail, postage prepaid to all counsel and pro se parties of record as follows:

Eugene Axelrod, Esquire
The Employment Law Group, LLC
8 Lunar Drive
Woodbridge, Connecticut 06525

on this 8th day of March, 2004.

Christopher A. Kelland
Federal Bar No.: CT22259