

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED
2004 FEB 19 P 1: 20

| | | |
|---|---|---|
| LOUIS DEROSA | : | CIVIL ACTION |
| | : | NO: 3:03CV91(AVC) |
| Plaintiff, | : | |
| v. | : | |
| SBC a.k.a. SNET | : | |
| Defendant. | : | February 6, 2004 |

### PLAINTIFF'S MOTION FOR LEAVE TO SERVE ADDITIONAL INTERROGATORIES ON DEFENDANT

Plaintiff, by his undersigned counsel, respectfully moves, pursuant to Rule 26(b)(2) of the Federal Rules of Civil Procedure and Local Rule 9, requests that the court grant the Plaintiff permission for Leave to serve additional Interrogatories to the Defendant.

This request is relevant and necessary for the development and opportunity to gather circumstantial evidence to assist the Plaintiff and allow the Plaintiff to demonstrate and prove its claim. Plaintiff respectfully submits the annexed Memorandum of Law in Support of his Motion.

WHEREFORE, Plaintiff respectfully requests that the Court grant this Motion for Leave To Serve Additional Interrogatories.



3:03cv91 (AVC). March 9, 2004, The motion is denied without prejudice to its refiling, if necessary, in the event the parties fail to resolve the dispute