UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| LOUIS DEROSA | : | CIVIL ACTION |
| | : | NO: 3:03CV91(AVC) |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| SBC a.k.a. SNET | : | |
| | : | |
| Defendant. | : | March 10, 2004 |

FILED
2004 MAR 11  A 9:59
U.S. DISTRICT COURT
HARTFORD, CT.

## MOTION FOR ENLARGEMENT OF TIME TO FILE REPLY BRIEF IN FURTHER SUPPORT OF LEAVE TO AMEND COMPLAINT, NUNC PRO TUNC

Plaintiff, Louis DeRosa, by and through his undersigned attorney, Eugene N. Axelrod of The Employment Law Group, LLC, hereby respectfully requests that this Court allow Plaintiff a thirty (30) day enlargement of time, nunc pro tunc, up to and including March 26, 2004, within which to file a Reply Brief in Further Support of Leave to Amend. In support of this request, the undersigned states the following:

1. Plaintiff filed a Request for Leave to Amend along with his proposed Amended Complaint on December 19, 2003.

2. Defendant filed a motion for enlargement of thirty (30) days in which to file its Memorandum in Opposition to Plaintiff's Leave to Amend, which was granted by this Court.

3. Defendant filed a second motion for enlargement of thirty (30) days in which to file its Memorandum in Opposition to Plaintiff's Leave to Amend, which was granted by this Court.

4. Defendant filed its Memorandum in Opposition to Plaintiff's Request for Leave to Amend on or about February 9, 2004.

5. The undersigned did not receive notice that Defendant had filed its Memorandum in Opposition until Tuesday, March 9, 2004, when an associate attorney of The Employment Law

Group inquired of opposing counsel as to whether Defendant would be filing a Memorandum in Opposition, and opposing counsel informed her that Defendant's memorandum was filed on February 9, 2004.

6. Plaintiff's Reply Brief would have been due on or about February 23, 2004.

7. Plaintiff requests a brief enlargement of time, nunc pro tunc, up to and including March 26, 2004, within which to file his Reply Brief in further support of his Motion for Leave to Amend.

8. Counsel for Plaintiff has inquired of opposing counsel, Christopher A. Kelland, Esq., who has indicated that Defendant has no objection to this request.

9. This is Plaintiff's first request for an extension in this matter.

WHEREFORE, Plaintiff respectfully requests that the Court allow him additional time, up to and including March 26, 2004, in which to file a Reply Brief in further support of leave to amend.

The Plaintiff,
Louis DeRosa

By: _____
Eugene N. Axelrod (ct00309)
The Employment Law Group, LLC
8 Lunar Drive
Woodbridge, CT  06525
Tel. 203.389.6526
Fax 203.389.2656

## CERTIFICATION

I hereby certify that a copy of the foregoing was served this 10th day of March, 2004, via U.S. Mail, to the following counsel of record:

Lori B. Alexander, Esq.
Christopher A. Kelland, Esq.
Tyler Cooper & Alcorn, LLP
205 Church Street
New Haven, Connecticut 06509-1910

_____
Eugene N. Axelrod