UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| LOUIS DEROSA | : | |
| Plaintiff, | : | CIVIL ACTION<br>NO: 3:03CV91(AVC) |
| v. | : | |
| SBC a.k.a. SNET | : | |
| Defendant. | : | March 10, 2004 |

FILED
2004 MAR 11 A 9:59
U.S. DISTRICT COURT
HARTFORD, CT.

## MOTION FOR ENLARGEMENT OF TIME TO FILE REPLY BRIEF IN FURTHER SUPPORT OF LEAVE TO AMEND COMPLAINT, NUNC PRO TUNC

Plaintiff, Louis DeRosa, by and through his undersigned attorney, Eugene N. Axelrod of The Employment Law Group, LLC, hereby respectfully requests that this Court allow Plaintiff a thirty (30) day enlargement of time, nunc pro tunc, up to and including March 26, 2004, within which to file a Reply Brief in Further Support of Leave to Amend. In support of this request, the undersigned states the following:

1. Plaintiff filed a Request for Leave to Amend along with his proposed Amended Complaint on December 19, 2003.

2. Defendant filed a motion for enlargement of thirty (30) days in which to file its Memorandum in Opposition to Plaintiff's Leave to Amend, which was granted by this Court.

3. Defendant filed a second motion for enlargement of thirty (30) days in which to file its Memorandum in Opposition to Plaintiff's Leave to Amend, which was granted by this Court.

4. Defendant filed its Memorandum in Opposition to Plaintiff's Request for Leave to Amend on or about February 9, 2004.

5. The undersigned did not receive notice that Defendant had filed its Memorandum in Opposition until Tuesday, March 9, 2004, when an associate attorney of The Employment Law

March 16, 2004.
SO ORDERED.
GRANTED.
Alfred V. Covello U.S.D.J.