UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | : | |
|---|---|---|
| LOUIS DEROSA | : | CIVIL ACTION |
| | : | NO: 3:03CV91(AVC) |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| SBC a.k.a. SNET | : | |
| | : | |
| Defendant. | : | March 25, 2004 |

### REPLY BRIEF IN FURTHER SUPPORT OF REQUEST FOR
### LEAVE TO AMEND COMPLAINT

The Plaintiff, Louis DeRosa, by and through the undersigned, hereby submits his Reply Brief in Further Support of his Request for Leave to Amend Complaint, dated December 19, 2003.

**I. Introduction**

In its Memorandum in Opposition to Plaintiff's Request for Leave to Amend Complaint, the Defendant argues that . . . , that . . . , and that . . . .

**II. Plaintiff's Motion for Leave to Amend should not be denies as . . . .**

Defendant first argues that the Plaintiff's motion . . . .

**III. Defendant has not been prejudiced, as it had notice of the Plaintiff's proposed Amended Complaint well before Defendant began discovery.**

Discovery and depositions had not yet been completed at the time of the Plaintiff's Request for Leave to Amend his Complaint, dated December 19, 2004. The proposed amended complaint was filed on or about December 19, 2004, before the Defendant ever submitted written discovery or noticed the Plaintiff for deposition. Thus, the Defendant had ample time to prepare

PDF created with pdfFactory trial version www.pdffactory.com

for Plaintiff's deposition. Furthermore, the Plaintiff's deposition was not completed in one day and has been continued to a date not yet determined.

**IV.    Plaintiff . . . .**

**V.     Conclusion**

For the foregoing reasons, the Plaintiff respectfully requests that the Court grant the Plaintiff's Request for Leave to Amend his Complaint.

        The Plaintiff,
        Louis DeRosa

        By: _____
        Eugene N. Axelrod (ct00309)
        The Employment Law Group, LLC
        8 Lunar Drive
        Woodbridge, CT  06525
        Tel. 203.389.6526
        Fax 203.389.2656

**CERTIFICATION**

I hereby certify that a copy of the foregoing was served this ____ day of March, 2004, via U.S. Mail, to the following counsel of record:

2

PDF created with pdfFactory trial version www.pdffactory.com

Lori B. Alexander, Esq.
Christopher A. Kelland, Esq.
Tyler Cooper & Alcorn, LLP
205 Church Street
New Haven, Connecticut 06509-1910

                                                                                _____
                                                                                Eugene N. Axelrod

PDF created with pdfFactory trial version www.pdffactory.com