17

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

2003 JUL 17 A 11: 3

US DISTRICT COURT

| | |
|---|---|
| LOUIS DEROSA | CIVIL ACTION |
| Plaintiff, | NO: 3:03CV91(AVC) |
| v. | |
| SBC a.k.a. SNET | |
| Defendant. | JULY 15, 2003 |

**DEFENDANT'S MOTION FOR ORDER
PURSUANT TO FED. R. CIV. PROC. 12(e)**

The defendant, SBC a.k.a. SNET ("SNET"), hereby moves that the Court strike the plaintiff's Complaint or, in the alternative, strike Count Six of the Complaint labeled "Defamation/False Light." SNET seeks this Order because the plaintiff has failed to comply with the Court's Order dated May 5, 2003 granting SNET's Motion for a More Definitive Statement.

**I.   BACKGROUND**

SNET filed a Motion for a More Definite Statement on February 25, 2003. Having received no objection from the plaintiff for almost 2½ months, the Court granted the motion on May 5, 2003. The motion requested an order that the plaintiff provide a more definite statement as to Count Six of the Complaint alleging "Defamation/False Light." See Defendant's Motion for a More Definite Statement dated May 5, 2003.

***ORAL ARGUMENT IS NOT REQUESTED***

[Handwritten sidenote, left margin:] March 31, 2004. As the plaintiff has submitted a revised complaint on July 29, 2003, the motion is denied as moot. SO ORDERED.