
50

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| LOUIS DEROSA | : CIVIL ACTION |
| Plaintiff, | : NO: 3:03CV91(AVC) |
| v. | : |
| SBC a.k.a. SNET | : |
| Defendant. | : March 29, 2004 |

### MOTION FOR EXTENSION OF TIME TO COMPLETE DISCOVERY

The Plaintiff hereby seeks an extension of time of thirty days, up to and including April 30, 2004, in order for the parties to complete discovery in this matter, and an extension of time through and including May 31, 2004, for the Defendant to file a dispositive motion. In support of this request, the undersigned states the following:

1. This extension is necessary in order to finish several items of discovery which have not been completed to date because of scheduling problems of the individuals involved.

2. On December 27, 2003, Lori B. Alexander, Esq., counsel for the Defendant noticed Plaintiff that it would take his deposition on January 23, 2004.

3. On January 13, 2004, counsel for the Plaintiff notified Attorney Alexander, via voice mail message and facsimile, that the Plaintiff would not be available for deposition on that date, and suggested two alternative dates instead.

4. Melissa Grant, an employee of the Plaintiff's law firm, who schedules depositions, left a voice mail message for Attorney Alexander on February 11, 2003 and requested that she provide the Plaintiff with available dates for the Plaintiff to take the deposition of Drew Jones

GRANTED.
Alfred V. Covello, U.S.D.J.
March 31, 2004.
SO ORDERED.

FILED 2004 MAR 31 U.S. DISTRICT COURT HARTFORD CT

03/29/cmd#50