UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED
2004 APR -7 P 4: 29

LOUIS DEROSA

V.   CASE NO. 3:03CV00091(AVC)

SBC a/k/a SNET

## JUDGMENT

This action having commenced by a complaint and having been assigned to the Honorable Alfred V. Covello, United States District Judge; and

The defendant, having file a motion to dismiss and the Court, having considered the full record of the case, including applicable principles of law, on April 7, 2004 filed its ruling granting the motion; it is hereby

ORDERED, ADJUDGED and DECREED that judgment be and is hereby entered dismissing the plaintiff's complaint.

Dated at Hartford, Connecticut, this 7th day of April, 2004.

KEVIN F. ROWE, Clerk

By: *Jo-Ann Walker* (signature)
Jo-Ann Walker
Deputy Clerk

EOD: _____