UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

| | | |
|---|---|---|
| LOUIS DEROSA | \* | CIVIL ACTION |
| | \* | NO: 3:03CV91(AVC) |
| Plaintiff, | \* | |
| | \* | |
| v. | \* | |
| | \* | |
| SBC a.k.a. SNET | \* | |
| | \* | |
| Defendant. | \* | MAY 21, 2004 |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

### DEFENDANT'S VERIFIED BILL OF COSTS

The defendant, as the prevailing party in this action, hereby files its Bill of Costs pursuant to Rule 17 of the Local Rules for United States District Court for the District of Connecticut.

**Deposition Transcript Necessarily Obtained for Use in the Case**
Deposition of Louis DeRosa
March 4, 2004                                           $1,003.00

**Fee for Removing Case From State Court**
Removal from Superior Court on Jan. 14, 2003           150.00

TOTAL                                                   $1,153.00

THE DEFENDANT,
SBC a.k.a. SNET

*[signature]*

Lori B. Alexander - (CT08970)
TYLER COOPER & ALCORN, LLP
205 Church Street
New Haven, Connecticut 06509-1910
Phone: (203) 784-8270
Fax:    (203) 789-2133
E-mail: alexander@tylercooper.com

## VERIFICATION

Pursuant to 28 U.S.C. § 1924, I, Lori Alexander, hereby declare as follows:

1. I am the authorized attorney for the defendant, SBC, a.k.a. SNET ("Yellow Pages"), and have knowledge of the facts concerning the costs incurred by Yellow Pages in defending this action.

2. I have carefully reviewed SNET's Verified Bill of Costs and verify that the items are correct, that the costs were necessarily incurred in the case, and that the services for which fees have been charged were actually and necessarily performed.

3. I have attached invoices and other documentation for the items in this Verified Bill of Costs, including an invoice for the court reporter fees associated with the case.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

*/s/ Lori B. Alexander*
Lori B. Alexander


STATE OF CONNECTICUT)
                    ) ss: New Haven, Connecticut
COUNTY OF NEW HAVEN)

Personally appeared, Lori Alexander, who swore to and subscribed the above affidavit before me.

_____
Notary Public/Commissioner of
the Superior Court

2

# INVOICE

## Del Vecchio Reporting Services, LLC
*Professional Shorthand Reporters*
117 Randi Drive
Madison, Connecticut 06443
(203) 245-9583

**INVOICE #** 12168 ~LA

MARCH 19, 2004

LEGAL DEPARTMENT
SBC DIRECTORY OPERATIONS
100 EAST BIG BEAVER ROAD, SUITE 1300
TROY, MICHIGAN 48083

    ALYSE F. MARTINELLI, SENIOR COUNSEL, SBC SNET
    LORI ALEXANDER, ESQ.
    TYLER COOPER ALCORN
    205 CHURCH STREET
    NEW HAVEN, CT 06509-1910

RE:    LOUIS DEROSA VS SBC SNET
       DEPOSITION OF LOUIS DEROSA 3/3/04
       FEDERAL CASE

| | |
|---|---|
| TRANSCRIPT FEE  0+1 | $928.00 |
| APPEARANCE FEE | $ 75.00 |
| MINUSCRIPT ASCII | $ 30.00 |
| JURAT PREP | $ 10.00 |
| | |
| SUB TOTAL | $1043.00 |
| TAX | $   63.58 |
| SHIPPING | $   10.00 |
| | |
| **TOTAL DUE UPON RECEIPT** | **$1116.58** |

EIN 06-1464733

*Please refer to invoice number when remitting.*

```
        RECEIPT FOR PAYMENT
        DISTRICT COURT OF
           CONNECTICUT
         NEW HAVEN DIVISION

                              N000423
------------------------------------
RECEIVED FROM:

TYLER COOPER & ALCORN
205 CHURCH STREET
NEW HAVEN, CT 06510
------------------------------------

 Case Number: 3:03CV91
------------------------------------

F/U/B/O:

Party ID:

Tender Type:      CHECK
03-086900              $60.00

Civil Filing-086900

Remarks:

03-510000              $90.00

Civil Filing-510000

Remarks: #14494, usdj AVC
------------------------------------
    Subtotal:        $150.00



------------------------------------

Receipt Total:       $150.00
====================================
* Checks and drafts are accepted
subject to collections and full
credit will only be given when
the check or draft has been
accepted by the financial
institution on which it was drawn.

    Date:   1/14/03
    Clerk:
    ------------------------
              RT
```

**TYLER COOPER & ALCORN, LLP**

| DATE | INVOICE NUMBER | | MEMO | | BALANCE |
|---|---|---|---|---|---|
| 01/13/03 | | Snet/DeRosa | new file | | 150.00 |
| | | Removal Fee | | | |

Clerk, U.S. District Court

14494

| | | TOTAL | 150.00 |

CHECK DATE: 01/13/03
CHECK NUMBER: 14494

---

**Tyler Cooper & Alcorn, LLP**
Counsellors at Law
New Haven, CT 06509-1910

CITIZENS BANK
CONNECTICUT
51-7011/2111

14494

| NUMBER | DATE | AMOUNT |
|---|---|---|
| 14494 | 01/13/03 | 150.00 |

PAY: One Hundred Fifty Dollars and 00/100

TO THE ORDER OF: Clerk, U.S. District Court

TYLER COOPER & ALCORN, LLP

⑆014494⑆ ⑈211170114⑈ 2034814468⑈

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing has been sent via first class mail, postage prepaid to all counsel and pro se parties of record as follows:

Eugene Axelrod, Esquire
The Employment Law Group, LLC
8 Lunar Drive
Woodbridge, Connecticut 06525

on this 21st day of May, 2004

_____
Lori B. Alexander
Federal Bar No.: CT08970