UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

```
* * * * * * * * * * * * * * * * * * * * * * * * * *
LOUIS DEROSA                    *   CIVIL ACTION
                                *   NO: 3:03CV91(AVC)
        Plaintiff,              *
                                *
    v.                          *
                                *
SBC a.k.a. SNET                 *
                                *
        Defendant.              *   MAY 28, 2004
* * * * * * * * * * * * * * * * * * * * * * * * * *
```

**<u>DEFENDANT'S MOTION FOR AWARD OF ATTORNEYS' FEES</u>**

As the prevailing party in this action, the defendant, Southwestern Bell Yellow Pages ("Yellow Pages"), misidentified in the Complaint as SBC a.k.a. SNET, hereby moves for an award of attorneys' fees pursuant to Rule 54(d) and Rule 11 of the Federal Rules of Civil Procedure. A supporting memorandum of law and Affidavit of Lori B. Alexander are being filed on this same date in support of the present motion.

THE DEFENDANT,
SBC a.k.a. SNET

_____
Lori B. Alexander - (CT08970)
TYLER COOPER & ALCORN, LLP
205 Church Street
New Haven, Connecticut 06509-1910
Phone: (203) 784-8270
Fax:   (203) 789-2133
E-mail: alexander@tylercooper.com

*ORAL ARGUMENT IS NOT REQUESTED*

CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing has been sent via first class mail, postage prepaid to all counsel and pro se parties of record as follows:

Eugene Axelrod, Esquire
The Employment Law Group, LLC
8 Lunar Drive
Woodbridge, Connecticut 06525

on this 28th day of May, 2004

*Lori B. Alexander* (signature)
Lori B. Alexander
Federal Bar No.: CT08970