UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

```
* * * * * * * * * * * * * * * * * * * * * * * *  *
LOUIS DEROSA                          *    CIVIL ACTION
                                      *    NO: 3:03CV91(AVC)
         Plaintiff,                   *
                                      *
   v.                                 *
                                      *
SBC a.k.a. SNET                       *
                                      *
         Defendant.                   *    MAY 28, 2004
* * * * * * * * * * * * * * * * * * * * * * * *  *
```

## AFFIDAVIT OF LORI B. ALEXANDER IN SUPPORT
## OF DEFENDANT'S MOTION FOR AWARD OF ATTORNEYS' FEES

I, Lori B. Alexander, being duly sworn, do hereby depose and say:

1. I am over the age of eighteen and believe in the obligations of an oath.

2. I have personal knowledge of the facts set forth in this affidavit, and they are true and accurate to the best of my knowledge and belief.

3. I am a partner at the law firm of Tyler Cooper & Alcorn, LLP ("Tyler Cooper"). I represent the defendant, Southwestern Bell Yellow Pages ("Yellow Pages"), misidentified in the Complaint as SBC a.k.a. SNET in this case, and I have performed a substantial portion of the services rendered on its behalf in this action.

4. The total amount of legal fees expended by Yellow Pages in connection with this litigation was in excess of $18,800.00. Upon request of the Court, I can supplement this affidavit with further detail, including invoices for time spent in defending this matter.

5. I was admitted to practice law in 1990 and have practiced at Tyler Cooper since that time. Yellow Pages paid rates ranging from $155 to $250 per hour for the time that I and other attorneys worked on this case. I am familiar with attorneys' hourly rates in New Haven County,

Connecticut and believe that these rates are reasonable and commensurate with the rates of other comparable firms in the county for attorneys with comparable experience, knowledge and skill.

6.    Yellow Pages paid rates ranging from $90.00 to $110.00 per hour for the services of paralegals who worked on this case. I am familiar with the hourly rates charged by firms in New Haven County for paralegal time, and I believe that these rates were reasonable and commensurate with the rates of other comparable firms in New Haven County for paralegals with comparable experience, knowledge and skill.

_____
Lori B. Alexander

STATE OF CONNECTICUT)
                    ) ss: New Haven, Connecticut
COUNTY OF NEW HAVEN)    May 28, 2004

Personally appeared, Lori B. Alexander, who swore to and subscribed the above affidavit before me, this 28th day of May, 2004.

_____
Notary Public/Commissioner of
   the Superior Court

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing has been sent via first class mail, postage prepaid to all counsel and pro se parties of record as follows:

Eugene Axelrod, Esquire
The Employment Law Group, LLC
8 Lunar Drive
Woodbridge, Connecticut 06525

on this 28th day of May, 2004

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　Lori B. Alexander
　　　　　　　　　　　　　　　　　　　　　　　Federal Bar No.: CT08970