UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| LOUIS DEROSA | CIVIL ACTION |
| Plaintiff, | NO: 3:03CV91(AVC) |
| v. | |
| SBC a.k.a. SNET | |
| Defendant. | MAY 28, 2004 |

## MOTION FOR EXTENSION OF TIME

The defendant, Southwestern Bell Yellow Pages, misidentified in the Complaint as SBC a.k.a. SNET, hereby requests an extension of time through and including May 28, 2004 in order to file a Motion for Attorneys' Fees and Bill of Costs in the present case. The reasons for the requested extension are that hearing commitments of counsel in other cases, and other commitments of SBC and its counsel due to a labor strike that ended on May 25, 2004 have prevented it from preparing the present motion prior to this date.

THE DEFENDANT,
SBC a.k.a. SNET

*[signature]*
Lori B. Alexander - (CT08970)
TYLER COOPER & ALCORN, LLP
205 Church Street
New Haven, Connecticut 06509-1910
Phone: (203) 784-8270
Fax:   (203) 789-2133
E-mail: alexander@tylercooper.com

*ORAL ARGUMENT IS NOT REQUESTED*

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing has been sent via first class mail, postage prepaid to all counsel and pro se parties of record as follows:

Eugene Axelrod, Esquire
The Employment Law Group, LLC
8 Lunar Drive
Woodbridge, Connecticut 06525

on this 28th day of May, 2004.

_____
Lori B. Alexander
Federal Bar No.: CT08970