UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

| | |
|---|---|
| LOUIS DEROSA | CIVIL ACTION |
| | NO: 3:03CV91(AVC) |
| Plaintiff, | |
| v. | |
| SBC a.k.a. SNET | |
| Defendant. | MAY 28, 2004 |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

FILED 2004 MAY 28 P 2:45 U.S. DISTRICT COURT HARTFORD, CT.

## MOTION FOR EXTENSION OF TIME

The defendant, Southwestern Bell Yellow Pages, misidentified in the Complaint as SBC a.k.a. SNET, hereby requests an extension of time through and including May 28, 2004 in order to file a Motion for Attorneys' Fees and Bill of Costs in the present case. The reasons for the requested extension are that hearing commitments of counsel in other cases, and other commitments of SBC and its counsel due to a labor strike that ended on May 25, 2004 have prevented it from preparing the present motion prior to this date.

THE DEFENDANT,
SBC a.k.a. SNET

Lori B. Alexander - (CT08970)
TYLER COOPER & ALCORN, LLP
205 Church Street
New Haven, Connecticut 06509-1910
Phone: (203) 784-8270
Fax:   (203) 789-2133
E-mail: alexander@tylercooper.com

*ORAL ARGUMENT IS NOT REQUESTED*

June 4, 2004. GRANTED NUNC PRO TUNC. SO ORDERED.
Alfred V. Covello, U.S.D.J.

FILED 2004 JUN -7 A 9:13 U.S. DISTRICT COURT HARTFORD, CT.