UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

|  |  |  |
|---|---|---|
| LOUIS DEROSA | : | CIVIL ACTION |
|  | : | NO: 3:03CV91 (AVC) |
| Plaintiff, | : |  |
|  | : |  |
| v. | : |  |
|  | : |  |
| SBC a.k.a. SNET | : |  |
|  | : |  |
| Defendant. | : | JUNE 15, 2004 |

**MOTION FOR ENLARGEMENT OF TIME FOR PLAINTIFF TO RESPOND TO DEFENDANT'S VERIFIED BILL OF COSTS**

Pursuant to Fed. R. Civ. P. 6 (b), the Plaintiff, Louis DeRosa, by and through his undersigned attorney, Eugene N. Axelrod of The Employment Law Group, LLC, hereby respectfully requests, that this Court allow Plaintiff a thirty (30) day enlargement of time, up to and including July 21, 2004, within which to file a Memorandum In Response to Defendant's Verified Bill of Costs, dated May 21, 2004.  In support of this request the Plaintiff represents as follows:

1. The Plaintiff commenced this action on December 13, 2003 for unlawful termination, alleging breach of contract, wrongful discharge as well as other common law claims.

2. This action was removed by Defendant pursuant to the Labor Management Relations Act (LMRA) of 1947, codified at 29 U.S.C. § 185, on January 13, 2003.

3. Defendant filed a Motion to Dismiss on September 15, 2003.

4. Plaintiff's firm recently lost an attorney and therefore has an extensive backlog of cases.

PDF created with pdfFactory trial version www.pdffactory.com

5. The undersigned attorney of record has been deeply involved in the organization, preparation, research and management of many aspects of this case, as well as numerous other matters in the law firm.

6. This is a busy law firm with a number of matters in the administrative, state and federal forums.

7. In the exercise of proper and reasonable due diligence the Plaintiff requests an additional thirty days to answer or otherwise respond to the Defendant's Verified Bill of Costs.

8. The Plaintiff does not believe that this request will unduly hinder the administration of this case.

9. Counsel for the Plaintiff has inquired of opposing counsel, Lori B. Alexander, Esq., who is in agreement with a fifteen (15) day extension but objects to the granting of a thirty (30) day extension.

10. This is the Plaintiffs first request for an enlargement for this purpose.

WHEREFORE, the Plaintiff respectfully requests that the Court grant this Motion for Enlargement of Time.

> The Plaintiff,
> Louis DeRosa
>
> By: _____
> Eugene N. Axelrod (CT00309)
> The Employment Law Group, LLC
> 8 Lunar Drive
> Woodbridge, CT 06525
> Tel: (203) 389-6526
> Fax: (203) 389-2656

2

PDF created with pdfFactory trial version www.pdffactory.com

## **CERTIFICATION**

This is to certify that a copy of the foregoing was sent this date via first class mail, postage prepaid to the following counsel of record:

Lori B. Alexander, Esq.
TYLER COOPER & ALCORN, LLP
P.O. Box 1936
New Haven, CT  06509-1910


_____            _____
Date                                                               Eugene N. Axelrod
                                                                           Commissioner of the Superior Court

PDF created with pdfFactory trial version www.pdffactory.com