FILED
2004 JUN 16 A 11: 01
U.S. DISTRICT COURT
HARTFORD, CT.

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| LOUIS DEROSA | : | CIVIL ACTION |
| | : | NO: 3:03CV91 (AVC) |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| SBC a.k.a. SNET | : | |
| | : | |
| Defendant. | : | JUNE 15, 2004 |

**MOTION FOR ENLARGEMENT OF TIME FOR PLAINTIFF TO RESPOND TO DEFENDANT'S VERIFIED BILL OF COSTS**

Pursuant to Fed. R. Civ. P. 6 (b), the Plaintiff, Louis DeRosa, by and through his undersigned attorney, Eugene N. Axelrod of The Employment Law Group, LLC, hereby respectfully requests, that this Court allow Plaintiff a thirty (30) day enlargement of time, up to and including July 21, 2004, within which to file a Memorandum In Response to Defendant's Verified Bill of Costs, dated May 21, 2004. In support of this request the Plaintiff represents as follows:

1. The Plaintiff commenced this action on December 13, 2003 for unlawful termination, alleging breach of contract, wrongful discharge as well as other common law claims.

2. This action was removed by Defendant pursuant to the Labor Management Relations Act (LMRA) of 1947, codified at 29 U.S.C. § 185, on January 13, 2003.

3. Defendant filed a Motion to Dismiss on September 15, 2003.

4. Plaintiff's firm recently lost an attorney and therefore has an extensive backlog of cases

*Granted to and including July 9, 2004.*
*Alfred V. Covello, U.S.D.J.*
*June 18, 2004. SO ORDERED.*

FILED 2004 JUN 18 11:42 U.S. DISTRICT COURT HARTFORD CT