UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| LOUIS DEROSA | : | CIVIL ACTION |
| | : | NO: 3:03CV91(AVC) |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| SBC a.k.a. SNET | : | |
| | : | |
| Defendant. | : | January 13, 2004 |

**PLAINTIFF'S MOTION FOR ENLARGEMENT OF TIME TO RESPOND TO DEFENDANT'S MOTION FOR AWARD OF ATTORNEYS' FEES, NUNC PRO TUNC**

Plaintiff, Louis DeRosa, hereby requests an enlargement of time of thirty (30) days, up to and including July 27, 2004, in order to respond to Defendant's Motion for Award of Attorney's Fees.  In support of this motion, the Plaintiff states that this additional period of time is necessary in order to duly respond to the motion.  In support of this request, the undersigned states the following:

1. The Plaintiff commenced this action on December 13, 2002.

2. There has been very substantial motion practice over an eighteen-month period.

3. Presently there are two motions before the court: Defendant's Motion for Award of Attorneys' Fees, and Defendant's Verified Bill of Costs.

4. Each motion is substantial and each poses a severe impact upon the Plaintiff.

5. Accordingly, each separate motion requires quite diligent and substantial research, and the expenditure of significant time and resources to provide the due diligence and necessary preparation in opposition.

6. Plaintiff reasonably believes that the administration of this case will not be adversely effected by this request.

PDF created with pdfFactory trial version www.pdffactory.com

7. Plaintiff also reasonably believes that the Defendant will not be adversely affected by this request, as requested extension is only for thirty days, and the issues before the court are significant and of great consequence to the Plaintiff.

8. This is Plaintiff's first request for an enlargement of time with respect to this deadline.

9. Counsel for the Plaintiff called Lori Alexander, Attorney for Defendant, of this motion for enlargement of time but was informed by her voicemail that she is out of the office for this day.

10. Accordingly, Counsel for the Plaintiff files this motion <u>nunc pro tunc</u>.

WHEREFORE, the Plaintiff respectfully requests that the Court grant this Motion for Enlargement of Time.

>                   The Plaintiff,
>                   Louis DeRosa
>
>                   By: _____
>                   Eugene N. Axelrod (CT00309)
>                   The Employment Law Group, LLC
>                   8 Lunar Drive
>                   Woodbridge, CT 06525
>                   Tel: (203) 389-6526
>                   Fax: (203) 389-2656

2

PDF created with pdfFactory trial version www.pdffactory.com

## **CERTIFICATION**

This is to certify that a copy of the foregoing was sent this date via first class mail, postage prepaid to the following counsel of record:

Lori B. Alexander, Esq.
TYLER COOPER & ALCORN, LLP
P.O. Box 1936
New Haven, CT  06509-1910

_____    _____
Date                                                              Eugene N. Axelrod
                                                                         Commissioner of the Superior Court

3

PDF created with pdfFactory trial version www.pdffactory.com