UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED

2004 JUL -2 A 10: 21

LOUIS DEROSA : CIVIL ACTION
: NO: 3:03CV91(AVC)
Plaintiff, :
: DISTRICT COURT
v. : HARTFORD, CT.
:
SBC a.k.a. SNET :
:
Defendant. : July 1, 2004

## PLAINTIFF'S MOTION FOR ENLARGEMENT OF TIME TO RESPOND TO DEFENDANT'S MOTION FOR AWARD OF ATTORNEYS' FEES, NUNC PRO TUNC

Plaintiff, Louis DeRosa, hereby requests an enlargement of time of thirty (30) days, up to and including July 27, 2004, in order to respond to Defendant's Motion for Award of Attorney's Fees. In support of this motion, the Plaintiff states that this additional period of time is necessary in order to duly respond to the motion. In support of this request, the undersigned states the following:

1. The Plaintiff commenced this action on December 13, 2002.
2. There has been very substantial motion practice over an eighteen-month period.
3. Presently there are two motions before the court: Defendant's Motion for Award of Attorneys' Fees, and Defendant's Verified Bill of Costs.
4. Each motion is substantial and each poses a severe impact upon the Plaintiff.
5. Accordingly, each separate motion requires quite diligent and substantial research, and the expenditure of significant time and resources to provide the due diligence and necessary preparation in opposition.
6. Plaintiff reasonably believes that the administration of this case will not be adversely effected by this request.

SO ORDERED.

Alfred V. Covello, U.S.D.J.