UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | : | |
|---|---|---|
| LOUIS DEROSA | : | CIVIL ACTION |
| | : | NO: 3:03CV91(AVC) |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| SBC a.k.a. SNET | : | |
| | : | |
| Defendant. | : | July 15, 2004 |

**PLAINTIFF'S MOTION FOR ENLARGEMENT OF TIME TO RESPOND TO DEFENDANT'S MOTION FOR AWARD OF COSTS, NUNC PRO TUNC**

Plaintiff, Louis DeRosa, hereby requests an enlargement of time of seven (7) days, up to and including July 16, 2004, in order to respond to Defendant's Motion for Award of Costs.  In support of this motion, the Plaintiff states that this additional period of time is necessary in order to duly respond to the motion.  In support of this request, the undersigned states the following:

1. The Plaintiff commenced this action on December 13, 2002.

2. There has been very substantial motion practice over an eighteen-month period.

3. Presently there are two motions before the court: Defendant's Motion for Award of Attorneys' Fees, and Defendant's Verified Bill of Costs.

4. Each motion is substantial and each poses a severe impact upon the Plaintiff.

5. Accordingly, each separate motion requires quite diligent and substantial research, and the expenditure of significant time and resources to provide the due diligence and necessary preparation in opposition.

6. On June 20, 2004, Plaintiff's Attorney, Eugene N. Axelrod, broke three of his ribs and has been under the care of a doctor for intense pain and pain management.

PDF created with pdfFactory trial version www.pdffactory.com

7. Due to this unforeseeable medical emergency, Attorney Axelrod's ability to be in the office and to devote his best efforts to this very important motion were adversely impacted by the physical injury and resultant need for rest and numerous pain management medications.

8. Plaintiff reasonably believes that the administration of this case will not be adversely effected by this request.

9. Plaintiff also reasonably believes that the Defendant will not be adversely affected by this request, as the requested extension is only for seven days, and the issues before the court are significant and of great consequence to the Plaintiff.

10. This is Plaintiff's second request for an enlargement of time with respect to this deadline. The first request for 30 days was permitted only for 15, had the original request been granted Plaintiff's motion would be within the originally requested timeframe.

11. Counsel for the Plaintiff called Lori Alexander, Attorney for Defendant, but was unable to reach her. Plaintiff left Attorney Alexander a voice message regarding the filing of this motion.

12. Accordingly, Counsel for the Plaintiff files this motion <u>nunc pro tunc</u>.

PDF created with pdfFactory trial version www.pdffactory.com

WHEREFORE, the Plaintiff respectfully requests that the Court grant this Motion for Enlargement of Time.

                                                    The Plaintiff,
                                                  Louis DeRosa

                                                  By: _____
                                                Eugene N. Axelrod (CT00309)
                                                The Employment Law Group, LLC
                                                8 Lunar Drive
                                                Woodbridge, CT 06525
                                                Tel: (203) 389-6526
                                                Fax: (203) 389-2656

PDF created with pdfFactory trial version www.pdffactory.com

## **CERTIFICATION**

This is to certify that a copy of the foregoing was sent this date via first class mail, postage prepaid to the following counsel of record:

Lori B. Alexander, Esq.
TYLER COOPER & ALCORN, LLP
P.O. Box 1936
New Haven, CT  06509-1910

_____        _____
Date                                                  Eugene N. Axelrod
                                                            Commissioner of the Superior Court

4

PDF created with pdfFactory trial version www.pdffactory.com