

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT



FILED

2004 JUL 16   A II: 02

U.S. DISTRICT COURT
HARTFORD, CT.

LOUIS DEROSA            :

    Plaintiff,            :

v.                     :

SBC a.k.a. SNET        :

    Defendant.          :

CIVIL ACTION
NO: 3:03CV91(AVC)

July 15, 2004

## PLAINTIFF'S MOTION FOR ENLARGEMENT OF TIME TO RESPOND TO DEFENDANT'S MOTION FOR AWARD OF COSTS, NUNC PRO TUNC

Plaintiff, Louis DeRosa, hereby requests an enlargement of time of seven (7) days, up to and including July 16, 2004, in order to respond to Defendant's Motion for Award of Costs.  In support of this motion, the Plaintiff states that this additional period of time is necessary in order to duly respond to the motion.  In support of this request, the undersigned states the following:

1. The Plaintiff commenced this action on December 13, 2002.

2. There has been very substantial motion practice over an eighteen-month period.

3. Presently there are two motions before the court: Defendant's Motion for Award of Attorneys' Fees, and Defendant's Verified Bill of Costs.

4. Each motion is substantial and each poses a severe impact upon the Plaintiff.

5. Accordingly, each separate motion requires quite diligent and substantial research, and the expenditure of significant time and resources to provide the due diligence and necessary preparation in opposition.

6. On June 20, 2004, Plaintiff's Attorney, Eugene N. Axelrod, broke three of his ribs and has been under the care of a doctor for intense pain and pain management.

July 23, 2004.   GRANTED.
SO ORDERED.

Alfred   lo, U.S.D.J.

2004 JUL 27  P 1: 59

U.S. DISTRICT COURT
HARTFORD.

FILED