UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

| | | |
|---|---|---|
| LOUIS DEROSA | \* | CIVIL ACTION |
| | \* | NO: 3:03CV91(AVC) |
| Plaintiff, | \* | |
| | \* | |
| v. | \* | |
| | \* | |
| SBC a.k.a. SNET | \* | |
| | \* | |
| Defendant. | \* | AUGUST 13, 2004 |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### DEFENDANT'S MOTION FOR EXTENSION OF TIME

The defendant, SBC a.k.a SNET ("SNET") hereby respectfully requests an extension of time through and including August 18, 2004 in order to file a Reply to Plaintiff's Opposition to the Defendant's Verified Bill of Costs. In support of this motion, SNET represents that this is the first request for an extension of time that has been filed with respect to this deadline. Counsel for the plaintiff, Eugene Axelrod, has indicated that he has no objection to this motion being granted.

For the aforementioned reasons, the defendant respectfully requests permission to file a Reply to Plaintiff's Opposition to the Defendant's Verified Bill of Costs on or before August 18, 2004.

*ORAL ARGUMENT IS NOT REQUESTED*

Dated at New Haven, Connecticut this 13th day of August, 2004.

          THE DEFENDANT,
          SBC a.k.a. SNET

          */s/ Lori B. Alexander*
          Lori B. Alexander - (CT08970)
          TYLER COOPER & ALCORN, LLP
          205 Church Street
          New Haven, Connecticut 06509-1910
          Phone: (203) 784-8270
          Fax:   (203) 789-2133
          E-mail: alexander@tylercooper.com

- Its Attorneys -

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing has been sent via first class mail, postage prepaid to all counsel and pro se parties of record as follows:

Eugene Axelrod, Esquire
The Employment Law Group, LLC
8 Lunar Drive
Woodbridge, Connecticut 06525

on this 16th day of August, 2004.

_____
Lori B. Alexander
Federal Bar No.: CT08970

3