73

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| LOUIS DEROSA | CIVIL ACTION |
| Plaintiff, | NO: 3:03CV91(AVC) |
| v. | |
| SBC a.k.a. SNET | |
| Defendant. | AUGUST 13, 2004 |

**DEFENDANT'S MOTION FOR EXTENSION OF TIME**

The defendant, SBC a.k.a SNET ("SNET") hereby respectfully requests an extension of time through and including August 18, 2004 in order to file a Reply to Plaintiff's Opposition to the Defendant's Verified Bill of Costs. In support of this motion, SNET represents that this is the first request for an extension of time that has been filed with respect to this deadline. Counsel for the plaintiff, Eugene Axelrod, has indicated that he has no objection to this motion being granted.

For the aforementioned reasons, the defendant respectfully requests permission to file a Reply to Plaintiff's Opposition to the Defendant's Verified Bill of Costs on or before August 18, 2004.

**ORAL ARGUMENT IS NOT REQUESTED**

Alfred V. Covello, U.S.D.J.

August 18, 2004. GRANTED.
SO ORDERED.