UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*
                                                         \*
LOUIS DEROSA                                             \*     CIVIL ACTION
                                                         \*     NO: 3:03CV91(AVC)
        Plaintiff,                                       \*
                                                         \*
    v.                                                   \*
                                                         \*
SBC a.k.a. SNET                                          \*
                                                         \*
        Defendant.                                       \*     AUGUST 20, 2004
                                                         \*
\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*


## DEFENDANT'S MOTION FOR EXTENSION OF TIME NUNC PRO TUNC

The defendant, SBC a.k.a. SNET ("SNET"), hereby requests an extension of time nunc pro

tunc through and including September 7, 2004  in order to file replies to the following pleadings:

(1) Plaintiff's Objection to Defendant's Verified Bill of Costs, and (2) Plaintiff's Objection to

Defendant's Motion for Award of Attorneys' Fees.

In support of this motion, SNET states as follows:

1.      The plaintiff obtained several extensions of time prior to filing the two Objections

identified above to which SNET's replies will be directed.

2.      The undersigned will be out of state on vacation during the week of August 23, 2004,

but is able to file the Reply shortly thereafter.


*ORAL ARGUMENT IS NOT REQUESTED*

3.      This is the first request for an extension of time that has been made with respect to the

reply concerning the Motion for Award of Attorneys' Fees, and the second request for an extension

of time that has been made with respect to the reply concerning the Motion for Award of Costs.

4.      The undersigned has contacted Eugene Axelrod, counsel for the plaintiff in this action,

but has been unable to ascertain his position on the motion.

THE DEFENDANT,
SBC a.k.a. SNET


_____

Lori B. Alexander - (CT08970)
TYLER COOPER & ALCORN, LLP
205 Church Street
New Haven, Connecticut 06509-1910
Phone: (203) 784-8270
Fax:    (203) 789-2133
E-mail: alexander@tylercooper.com

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing has been sent via first class mail, postage

prepaid to all counsel and pro se parties of record as follows:

Eugene Axelrod, Esquire
The Employment Law Group, LLC
8 Lunar Drive
Woodbridge, Connecticut 06525

on this 23rd day of August, 2004.

_____
Lori B. Alexander
Federal Bar No.: CT08970