UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

| | |
|---|---|
| LOUIS DEROSA | CIVIL ACTION |
| Plaintiff, | NO: 3:03CV91(AVC) |
| v. | |
| SBC a.k.a. SNET | |
| Defendant. | AUGUST 20, 2004 |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

### DEFENDANT'S MOTION FOR EXTENSION OF TIME NUNC PRO TUNC

The defendant, SBC a.k.a. SNET ("SNET"), hereby requests an extension of time nunc pro tunc through and including September 7, 2004 in order to file replies to the following pleadings: (1) Plaintiff's Objection to Defendant's Verified Bill of Costs, and (2) Plaintiff's Objection to Defendant's Motion for Award of Attorneys' Fees.

In support of this motion, SNET states as follows:

1. The plaintiff obtained several extensions of time prior to filing the two Objections identified above to which SNET's replies will be directed.

2. The undersigned will be out of state on vacation during the week of August 23, 2004, but is able to file the Reply shortly thereafter.

**ORAL ARGUMENT IS NOT REQUESTED**

September 1, 2004. GRANTED.
SO ORDERED.
Alfred V. Covello, U.S.D.J.