UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

LOUIS DEROSA                                          :

     Vs.                                               :          CASE NO. 3:03CV00091(AVC)

SBC a.k.a. SNET                                    :

RULING ON DEFENDANT'S VERIFIED BILL OF COSTS

Judgment entered on April 7, 2004, after a ruling granting the defendant's motion to

dismiss.  Defendant SBC a.k.a SNET filed a Verified Bill of Costs on May 25, 2004, to which

the plaintiff objected.  A reply was filed on September 7, 2004.  For the reasons stated below, the

defendant's bill of costs is granted in part and denied in part.

A.  DEPOSITION TRANSCRIPT NECESSARILY OBTAINED FOR USE IN THE

CASE: The costs of an original and one copy of deposition transcripts are recoverable as costs, if

used at trial in lieu of live testimony, for cross-examination or impeachment, if used in support of

a successful motion for summary judgment, or if they are necessarily obtained for the preparation

of the case and not for the convenience of counsel, pursuant to Local Rule 54(c)2(ii).  Defendant

has submitted a claim for the deposition transcript of plaintiff in the amount of $1, 003.00.  This

claim is denied without prejudice to renewal within ten days upon a showing as to how plaintiff's

deposition transcript was necessarily obtained for use in the case and not for the convenience of

counsel.

B.  FEE FOR REMOVING CASE FROM STATE COURT: Pursuant to Local Rule

54(c)6(iii), fees incurred in removing a case from state court are taxable as costs.  Defendant has

submitted a claim in the amount of $150.00, which is allowed.

C. <u>SUMMARY</u>: For the reasons previously stated, the defendant's verified bill of costs is allowed in the amount of $150.00.

Pursuant to Local Rule 54(d), the parties may appeal this decision to the presiding judge within five days of the entry of this ruling.

Dated at Hartford, Connecticut, this 24th day of September, 2004.

KEVIN F. ROWE, Clerk


By:    /s/
       Mary A. Wiggins
       Deputy-in-Charge