

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| LOUIS DEROSA | : | CIVIL ACTION |
| | : | NO: 3:03CV91(AVC) |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| SBC a.k.a. SNET | : | |
| | : | |
| Defendants. | : | September 2, 2004 |

### Motion to Remand

Plaintiff hereby moves for the Court to remand his remaining state court claims pursuant to Local Rule 7 and 28 U.S.C. § 1441(c).

The Plaintiff filed this action on December 11, 2002 in the Connecticut Superior Court.

The Defendant moved to have the case removed to the United States District Court for the District of Connecticut on January 13, 2003.

3. The Honorable Alfred V. Covello dismissed all claims preempted by § 301 of the Labor Management Relations Act on April 7, 2004.

4. The District Court declined to exercise jurisdiction and rule on the Plaintiff's Defamation claim. "[T]he court concludes that the assertion of federal jurisdiction over the defamation claim would be inappropriate under § 1367(c)." (Ruling 1-2).

5. This Defamation claim has never been remanded to the state court.

6. 28 U.S.C. § 1441(c) provides the court with the authority to remand this case to the Connecticut Superior Court.

*GRANTED.*
*Alfred V. Covello, U.S.D.J.*
*October 21, 2004.*
*SO ORDERED.*