

D 59

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

| | |
|---|---|
| LOUIS DEROSA | CIVIL ACTION |
| Plaintiff, | NO: 3:03CV91(AVC) |
| v. | |
| SBC a.k.a. SNET | |
| Defendant. | MAY 28, 2004 |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

### DEFENDANT'S MOTION FOR AWARD OF ATTORNEYS' FEES

As the prevailing party in this action, the defendant, Southwestern Bell Yellow Pages ("Yellow Pages"), misidentified in the Complaint as SBC a.k.a. SNET, hereby moves for an award of attorneys' fees pursuant to Rule 54(d) and Rule 11 of the Federal Rules of Civil Procedure. A supporting memorandum of law and Affidavit of Lori B. Alexander are being filed on this same date in support of the present motion.

THE DEFENDANT,
SBC a.k.a. SNET

*Lori B. Alexander*
Lori B. Alexander - (CT08970)
TYLER COOPER & ALCORN, LLP
205 Church Street
New Haven, Connecticut 06509-1910
Phone: (203) 784-8270
Fax:   (203) 789-2133
E-mail: alexander@tylercooper.com

*ORAL ARGUMENT IS NOT REQUESTED*

(Sideways annotation: October 21, 2004. DENIED. SO ORDERED. Alfred V. Covello, U.S.D.J.)