UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| LOUIS DEROSA | : | |
| vs. | : | CASE NO. 3:03CV00091(AVC) |
| SBC a.k.a. SNET | : | |

RULING ON DEFENDANT'S RESPONSE TO RULING ON VERIFIED BILL OF COSTS: SHOWING THAT DEPOSITION TRANSCRIPTION WAS NECESSARILY OBTAINED

On September 24, 2004, a Ruling was filed granting in part and denying in part defendant's verified bill of costs. The Ruling disallowed without prejudice the claim for fees for costs in the amount of $1,003.00 for the transcript of plaintiff's deposition subject to a showing as to how plaintiff's deposition transcript was necessarily obtained for use in the case and not for the convenience of counsel. On October 4, 2004, defendant filed its response.

Defendant's claim for costs in the amount of $1,003.00 is denied on the grounds that it has failed to show that the deposition transcript of the plaintiff aided at all the court's judgment dismissing the complaint for failure to state a claim.

For the reasons previously stated in this ruling and the ruling filed on September 24, 2004, defendant's verified bill of costs is allowed in the amount of $150.00.

Pursuant to Local Rule 54(d), the parties may appeal this decision to the presiding judge within five days of the entry of this ruling.

Dated at Hartford, Connecticut, this 26th day of October, 2004.

KEVIN F. ROWE, Clerk

By: ___/s/___
Mary A. Wiggins
Deputy-in-Charge